An unpublished opinion of the North Carolina Court of Appeals does not constitute controlling legal authority. Citation is disfavored, but may be permitted in accordance with the provisions of Rule 30(e)(3) of the North Carolina Rules of Appellate Procedure.

IN THE COURT OF APPEALS OF NORTH CAROLINA

No. COA24-823

Filed 16 July 2025

Henderson County, No. 23CVS000862

US LBM OPERATING CO. 2009, LLC, Plaintiff,

v.

AC DEVELOPMENTS, LLC; SHAWN DEAN ANDERSON, individually and d/b/a ANDERSON CONSTRUCTION; TODD CURTISS EDWARDS; and OKCHA EDWARDS a/k/a OK KWAK EDWARDS, Defendants, AC DEVELOPMENTS, LLC; SHAWN DEAN ANDERSON, individually and d/b/a ANDERSON CONSTRUCTION, Cross-claimants,

v.

TODD CURTISS EDWARDS and OKCHA EDWARDS, Cross-Defendants.

Appeal by defendant from judgment entered 4 March 2024 by Judge Michael L. Robinson in Henderson County Superior Court. Heard in the Court of Appeals 21 May 2025.

> *Capua Law Firm, P.A., by Paul A. Capua, and Natalia L. Talbot, for the plaintiff-appellant.*

> *The Van Winkle Law Firm, by Philip S. Anderson, for the defendant-appellees.*

PER CURIAM.

Appeal by AC Developments, LLC, Shawn Dean Anderson d/b/a Anderson

Construction, and Shawn Dean Anderson, individually (collectively "Defendants").

The factual background underlying this case is set out in this Court's opinion in *AC Dev., LLC v. Edwards*, COA 24-822. For the reasons stated in *AC Dev., LLC v. Edwards*, COA 24-822, the trial court erred in granting summary judgment to Plaintiff on Defendant's breach of contract claims. We affirm the order in part, reverse the order in part, and remand. *It is so ordered.*

AFFIRMED IN PART; REVERSED IN PART; AND REMANDED.

Panel consisting of:

Judges TYSON, COLLINS, and GRIFFIN.

Report per Rule 30(e).